United States District Court
Southern District of Texas
**ENTERED**
October 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:22-CV-00178 |
| § | |
| BAY CAR WASH, LLC, *et al.*, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

Pursuant to the Court's Order of Dismissal (D.E. 6), the Court enters final judgment dismissing this action with prejudice.

ORDERED on October 7, 2022.

*[signature]*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE